FILED
May 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David Taewon Chung | **Case No :** | 10-10026 - B - 12E |
| | | **Date :** | 5/5/10 |
| | | **Time :** | 3:00 |

**Matter :** [12] - Order to Set/Continue/Reschedule Status Conference Re: [1] Chapter 12 Voluntary Petition; Status Conference to be held on 3/3/2010 at 03:00 PM at Bakersfield Hearing Location (rlif)
[23] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Chapter 12 Plan; Hearing to be held on 5/5/2010 at 03:00 PM at Bakersfield Hearing Location. (rlif)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
(by phone)   Trustee - M. Nelson Enmark

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed.

Dated: May 06, 2010

_____
W. Richard Lee
United States Bankruptcy Judge