

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/7/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

rpaf

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:　10-10026 - B - 12E

Debtor Name(s), Social Security Number(s), and Address(es):

David Taewon Chung
xxx-xx-0922

16529 Highline Rd
Tehachapi, CA 93561

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on May 7, 2010 . The document number and docket text for this order are set forth below.

　[38] - Order/Civil Minute Order Dismissing Case/Proceeding. (rpaf)

Dated:
5/7/10

For the Court,
Richard G. Heltzel , Clerk